**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**In re:**

**NM HOLDINGS COMPANY LLC,** *et al.*,           Case No. 03-48939
**f/k/a VENTURE HOLDINGS COMPANY**           (Jointly Administered)
**LLC,** *et al.*[1]
               **DEBTORS. /**           HON. Thomas J. Tucker

## ORDER CONVERTING CHAPTER 11 CASES

These jointly administered cases come before the Court upon the Court's Order to show cause why the Debtors' chapter 11 cases should not be dismissed or converted to cases under chapter 7 of the Bankruptcy Code, filed December 20, 2005 (Docket # 3719), with notice to parties in interest, and a hearing having been held on January 11, 2006, and for the reasons stated on the record, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that the Debtors' Chapter 11 cases are hereby converted to cases under chapter 7 of the Bankruptcy Code.

**IT IS FURTHER ORDERED**, that under Rule 1019(5), Federal Rules of Bankruptcy Procedure, the Debtors must file not later than 15 days after conversion of the cases, a schedule of unpaid debts incurred after the commencement of the chapter 11 petitions and before conversion of the cases, and not later than 30 days after the conversion of the cases, the Debtors must file a final report and account.

**Entered: January 17, 2006**

                                                                    /s/ Thomas J. Tucker
                                                                    **Thomas J. Tucker**
                                                                    **United States Bankruptcy Judge**

---

[1] The Debtors are NM Holdings Company LLC (f/k/a Venture Holdings Company LLC), NM Eco, Inc. (f/k/a Vemco, Inc.), NM Industries Corporation (f/k/a Venture Industries Corporation), NM Mold & Engineering Corporation (f/k/a Venture Mold & Engineering Corporation), NM Old Leasing Company (f/k/a Venture Leasing Company), NM Nemo Leasing, Inc. (f/k/a/ Vemco Leasing, Inc.), NM Holdings Corporation (f/k/a Venture Holdings Corporation), NM Service Company (f/k/a Exp LLC (f/k/a Experience Management LLC), NM Europe, Inc. (F/k/a Venture Europe, Inc.) and NM EU Corporation (f/k/a Venture EU Corporation), as debtors and debtors-in-possession.