# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 03-48939 |
| ) | |
| NM HOLDINGS COMPANY LLC, et al., ) | Chapter 7 |
| f/k/a VENTURE HOLDINGS COMPANY LLC, et al., ) | |
| ) | Honorable Thomas J. Tucker |
| Debtors. ) | |
| _____/ ) | |

## SCHEDULE OF ADMINISTRATIVE EXPENSE CLAIMS

Pursuant to the Court's Order Converting Chapter 11 Cases entered on January 17, 2006, attached is a schedule of unpaid administrative expense claims accruing after the commencement of the Chapter 11 petitions and before the conversion of the cases. The schedule reflects applications for administrative expense claims filed by the administrative expense bar date set in the Chapter 11 cases. Note that some of these claims are disputed.

                                                Respectively submitted,

                                                FOLEY & LARDNER LLP

                                                By: /s/ Laura J. Eisele
                                                      Laura J. Eisele (P42949)
                                                      500 Woodward Avenue
                                                      Suite 2700
                                                      Detroit, MI 48226
                                                      313.234.7100
                                                      *Attorneys for the Debtors*

Dated: February 1, 2006

# ATTACHMENT TO SCHEDULE OF ADMINISTRATIVE EXPENSE CLAIMS
# VENTURE – ADMINISTRATIVE EXPENSES

| *Vendor Name* | *Approximate Outstanding Amount* | *Description* | *Disputed* | *Allowed By Court Order* |
|---|---|---|---|---|
| **AKIN GUMP STRAUSS HAUER & FELD**<br>590 Madison Avenue<br>New York, NY 10022-2524<br>**Contact**: Fred Hodara<br>**Telephone**: 212-872-7474 | $812,696.85 | Professional fees. | NO | YES |
| **ATCO INDUSTRIES**<br>c/o Joseph A. Ahern, Esquire<br>Stark Reagan, PC<br>1111 West Long Lake, Suite 202<br>Troy, MI 48098<br>**Contact**: Joseph Ahern<br>**Telephone** 248 641 9955 | $592,000.64 (May increase on account of ~$291K unallowed balance in settlement) | Allowed administrative claim. | NO | YES |
| **BIONE, JOSEPH**<br>c/o Paul Gilleran, Esquire<br>Dean & Fulkerson<br>Fifth Floor, 801 West Big Beaver Road<br>Troy, Michigan 48084<br>**Contact:** Paul Gilleran<br>**Telephone:** 248-362-1300 | $87,500 | Bonus | YES | NO |
| **CAMBRIDGE INTEGRATED SERVICES GROUP**<br><br>c/o Clark Hill, PLC<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI 48226<br>**Contact: Seth Drucker**<br>**Telephone: 313-965-8300** | $56,550 | | | |
| **CASCADE TOWNSHIP**<br>c/o Nantz Litowich Smith & Girard<br>2025 East Beltline, S.E., Suite 600<br>Grand Rapids, MI 49546<br>**Contact: Sandra Hamilton**<br>**Telephone:** 616.977.0077 | | | | NO |

| *Vendor Name* | *Approximate Outstanding Amount* | *Description* | *Disputed* | *Allowed By Court Order* |
|---|---|---|---|---|
| **CHANIN CAPITAL PARTNERS**<br>11150 Santa Monica Blvd.<br>6th Floor<br>Los Angeles, CA 90025<br>**Contact**: Russell Belinsky<br>**Telephone**: 310.445.4010 x 229 | $584,131.88 | Professional fees. | NO | YES |
| **CONWAY MACKENZIE & DUNLEAVY**<br>401 S. Old Woodward Avenue<br>Suite 340<br>Birmingham, MI 48009<br>**Contact**: Kevin Hand<br>**Telephone**: 248.433.3100 | $638,860.02 | Professional fees. | NO | YES |
| **DELOITTE & TOUCHE**<br>**Contact:** Matthew Wilkens,<br>Butzel Long, PC<br>150 W. Jefferson, Ste. 900,<br>Detroit, MI 48226.<br>**Telephone:** 313.225.7000 | $397,633.99 | Professional fees. | YES | NO |
| **DOEREN MAYHEW**<br>2300 Top of Troy<br>755 West Big Beaver Road<br>Troy, MI<br>**Contact**: Larry Simon<br>**Telephone**: 248.244.3000 | $313,431.44 | Professional fees. | NO | YES |
| **DUPONT**<br>c/o Jacob & Weingarten PC<br>2301 W. Big Beaver Road<br>Suite 777<br>Troy, MI 48084<br>**Contact**: Howard Sher<br>**Telephone**: 248.649.1900 | $40,000.00 | | NO | YES |

2

| *Vendor Name* | *Approximate Outstanding Amount* | *Description* | *Disputed* | *Allowed By Court Order* |
|---|---|---|---|---|
| **DYKEMA GOSSETT PLLC**<br>400 Renaissance Center<br>Detroit, MI 48243<br>**Contact**: Ronald L. Rose<br>**Telephone**: 313.568.6800 | $0 | Professional fees. | NO | YES |
| **FTI CONSULTING, INC.**<br>622 Third Avenue, 31st Floor<br>New York, NY 10017<br>**Contact:** Laureen Ryan<br>**Telephone:** 212.247.1010 | $34,395.46 | Professional fees. | NO | YES |
| **FOLEY & LARDNER LLP**<br>500 Woodward Avenue<br>Suite 2700<br>Detroit, MI 48226<br>**Contact:** Laura Eisele, Esq.<br>**Telephone**: 313-234-7100 | $1,364,562.69 | Professional fees. | NO | YES |
| **FRESHFIELDS (DEBTOR SALE WORK)**<br>Chris Howard<br>Stephen Revell<br>65 Fleet Street<br>London EC4Y 1HS<br>United Kingdom<br>**Telephone**: +44 20 7936 4000 | $245,000.00 | | | NO |
| **GORDON, RICHARD T.**<br>31790 Groesbeck Highway<br>Fraser, MI 48026 | $68,166.66 | | NO | YES |
| **HAWKPOINT PARTNERS LIMITED**<br>4 Great St. Helen's<br>London EC3A 6HA<br>**Contact**: Henrik Schliemann<br>**Telephone**: 020-7665-4500 | $446,188.82 | Professional fees. | NO | YES |

3

| *Vendor Name* | *Approximate Outstanding Amount* | *Description* | *Disputed* | *Allowed By Court Order* |
|---|---|---|---|---|
| **HOPKINS FORHAN & GIRARD**<br>40700 Woodward Ave Suite 250<br>Bloomfield Hills, MI 48304<br>**Contact:** Stephen Hopkins<br>**Telephone:** 248.540.3363 | $250,454.40 | Legal fees. | NO | YES |
| **HUNTINGTON BANK**<br>41 South High Street, HC0523<br>Columbus, OH 43215<br>**Contact:** C. Katheryn Preston, Esq.<br>**Telephone:** 614.480.5297 | $100,383.15 | Indenture trustee fees. | | NO |
| **INSITE INDUSTRIES**<br>c/o Steinberg & Shapiro<br>24901 Northwestern Hwy., Ste. 611<br>Southfield, MI 48075<br>**Contact:** Mark Shapiro<br>**Telephone:** 248.352.4700 | | | YES | NO |
| **JEFFERIES & COMPANY, INC.**<br>Richard Nevins<br>Investment Banking<br>520 Madison Avenue<br>New York, NY 10022 | $898,831.00 | Professional fees. | NO | YES |
| **JONES DAY**<br>901 Lakeside Ave<br>Cleveland, OH 44114<br>**Contact:** John Rego<br>**Telephone:** 216.586.3939 | $975 | Professional fees. | | |
| **JP MORGAN CHASE (as Agent for Prepetition Lenders)**<br>c/o Dickinson Wright, PLLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>**Contact: William Burgess** | Unstated. | Adequate protection. | YES | NO |

4

| *Vendor Name* | *Approximate Outstanding Amount* | *Description* | *Disputed* | *Allowed By Court Order* |
|---|---|---|---|---|
| Telephone: 313-223-3500 | | | | |
| **JP MORGAN TRUST COMPANY NATIONAL ASSOCIATION** | $36,412.97 | Claims Agent fees and expenses. | NO | NO |
| **LINK2** <br> c/o Miller Canfield Paddock & Stone <br> 150 W. Jefferson, Ste. 2500 <br> Detroit, MI 48226 <br> **Contact:** Jose Bartolomei <br> **Telephone:** 313 496 8427 | $94,018.56 | | YES | NO |
| **MULTIMATIC SALES & MARKETING, INC.** <br> **c/o Kemp Klein Umphrey Endleman & May** <br> **201 W Big Beaver, Ste 6000** <br> **Troy MI 48084** <br> **248-528-1111** | $872,799.80 | | | |
| **NEW HAMSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES** <br> 33 Capitol Avenue <br> Concord, NH 03301 <br> **Contact:** Peter Roth, Esq. <br> **Telephone**: 603.271.3679 | $49,902.92 | | NO | NO |
| **OFFICE OF THE U.S. TRUSTEE** <br> 211 W. Fort Street, Suite 700 <br> Detroit, MI 48226 <br> **Contact:** Claretta Evans <br> **Telephone**: 313-226-7999 | Unknown – Third quarter not due yet | U.S. Trustee fees. | | |
| **ORACLE CORPORATION** <br> c/o Potestivo & Associates, P.C. <br> 811 South Blvd. Suite 100 <br> Rochester Hills, MI 48307 <br> **Contact:** Brian Potestivo/Mark Bredow <br> **Telephone:** 248.853.4400 | | | NO | YES |

5

| Vendor Name | Approximate Outstanding Amount | Description | Disputed | Allowed By Court Order |
|---|---|---|---|---|
| **PENSION BENEFIT GUARANTY CORP**<br>1200 K. St., N.W.,<br>Washington DC 20005<br>**Contact:** Rhonda Baird<br>**Telephone:** 202-326-4020 | $418,627.00 | Unpaid pension obligations. | YES | NO |
| **PEPPER HAMILTON LLP**<br>100 Renaissance Center<br>Suite 3600<br>Detroit, MI 48243-1157<br>**Contact:** Joel Applebaum<br>**Telephone:** 313-393-7361 | $419,414.41 | Professional fees. | NO | YES |
| **PRICEWATERHOUSECOOPERS**<br>400 Renaissance Center<br>Detroit, MI 48243<br>**Contact:** Robert J. Hanania<br>**Telephone** 313 394 3782 | $254,402.62 | Professional fees. | NO | NO |
| **PRODUCTIVITY IMPROVEMENT CTR**<br>Raymond & Prokop PC<br>26300 Northwestern Highway, 4th Floor<br>P.O. Box 5058<br>Southfield, MI 48086<br>**Contact**: Lynn Brimer, Esquire<br>**Telephone:** 248.357.3010 | $847,638.57 | Containment costs. | | YES |
| **RESOLVE SITE GROUP** | $30,379 | Environmental costs. | | NO |
| **SCHUTZ, JAMES**<br>c/o Bob Peurach<br>Fitzgerald & Dakmak PC<br>615 Griswold, Ste. 600,<br>Detroit, MI 48226<br>**Contact**: Bob Peurach<br>**Telephone**: 313.964.0800 | $2,451,703.20 | Wages, benefits, etc. | YES | NO |

| Vendor Name | Approximate Outstanding Amount | Description | Disputed | Allowed By Court Order |
|---|---|---|---|---|
| **SPEEDWAY COMMERCE CENTER** <br> c/o Wallace Handler, Esquire <br> Sullivan, Ward, Asher & Patton, P.C. <br> 1000 Maccabees Center <br> 25800 Northwestern Highway <br> Southfield, Michigan 48075-1000 <br> **Contact**: Wallace Handler, Esquire <br> **Telephone**: 248.746.0700 | $60,000 | | NO | YES |
| **SQUIRE SANDERS & DEMPSEY LLP** <br> 312 Walnut Street, Ste. 3500 <br> Columbus, OH 45202 <br> **Contact:** Pierre Bergeren <br> **Telephone:** 513.361.1200 | | Attorney fees. | | |
| **STATE OF MICHIGAN (TREASURY)** <br> State of Michigan Dept. of Attorney General <br> 525 W. Ottawa <br> PO Box 30754 <br> Lansing, MI 48909 <br> **Contact**: Juandisha Harris, Esquire <br> **Telephone:** 517.373.3203 | $95,268.85 | Taxes. | YES | NO |
| **SU-DAN COMPANY** <br> c/o Kemp Klein Umphrey & Endelman, PC <br> 201 W. Big Beaver Road, Ste. 600 <br> Troy, MI 48084 <br> **Contact: Norman Orr/Robert Bassel** <br> **Telephone:** 248.528.1111 | | | | |
| **UNIVERSAL PLASTIC INDUSTRIES** <br> c/o Gold Lange & Majoros, PC <br> 24901 Northwestern Hwy., Ste. 444 <br> Southfield, MI 48075 <br> **Contact:** Elias T. Majoros <br> **Telephone:** 248.350.8220 | | | YES | NO |

| *Vendor Name* | *Approximate Outstanding Amount* | *Description* | *Disputed* | *Allowed By Court Order* |
|---|---|---|---|---|
| **OUTSTANDING AMOUNT** | ~$13,828,811 | | | |

**Winget Affiliate Priority Claims—All Disputed**

| *Claimant* | *Debtor* | *Docket No.* | *Claim No.* | *Amount* |
|---|---|---|---|---|
| **GOLF COURSE SERVICES, LLC**<br>Miller Shea PC<br>950 West University, Ste 300<br>Rochester MI 48307<br>**Contact: E. Powell Miller**<br>**Telephone: 248-841-2200** | All Debtors | 812-821, 826, 2-823, 827-835 | 24339-24348, 24353, 24349-24350, 24354-24362 | $TBD |
| **HARPER PROPERTIES OF CLINTON TWP LP**<br>c/o Fitzgerald & Dakmak PC<br>615 Griswold, Ste. 600,<br>Detroit, MI 48226<br>**Contact**: Bob Peurach<br>**Telephone**: 313-964-0800 | All Debtors | 978-980, 1025-1032 | 24176-24178, 24232-24234, 24236-24237, 24248-24250 | $2,377,585.70 |
| **UNIVERSAL PLASTIC INDUSTRIES INC**.<br>c/o Gold Lange & Majoros, PC<br>24901 Northwestern Hwy., Ste. 444<br>Southfield, MI 48075<br>**Contact:** Elias T. Majoros<br>**Telephone:** 248-350-8220 | NM Industries | 1437 | 23233 | |
| **WINDALL INDUSTRIES**<br>c/o Allard & Fish<br>2600 Buhl Bldg, 535 Griswold<br>Detroit MI 48226<br>**Contact:** Ralph McKee<br>**Telephone:** 313.961.6141 | All Debtors | 1001-1012, 1042 | 24208-24219, 24260 | Not determined. |
| **Larry J Winget and/or The Larry J Living Trust and Entities Owned Or Controlled Directly or Indirectly by Larry J. Winget**<br>c/o Allard & Fish | All Debtors | 1258-1268 | 23589-23611 | $383,500 |

| *Claimant* | *Debtor* | *Docket No.* | *Claim No.* | Amount |
|---|---|---|---|---|
| 2600 Buhl Bldg, 535 Griswold<br>Detroit  MI  48226<br>**Contact:**  Ralph McKee<br>**Telephone:** 313.961.6141 | | | | |
| **TOTAL WINGET CLAIMS** | | | | $2,761,085.70 |

2

**Deluxe Debtors—All Disputes**

| *Claimant* | *Debtor* | *Docket No.* | *Claim No.* | *Amount* |
|---|---|---|---|---|
| **DELUXE PATTERN CORPORATION**<br><br>c/o Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 North Clark Street, Suite 800<br>Chicago, IL 60610<br>**Contact: Steven B. Towbin**<br>**Telephone: 312-541-0151** | All Debtors | | | |
| **VENTURE SALES & ENGINEERING**<br>33662 James J. Pompo Drive<br>Fraser, MI 48026-0278<br>c/o Allard & Fish<br>2600 Buhl Bldg, 535 Griswold<br>Detroit MI 48226<br>**Contact:** Ralph McKee<br>**Telephone:** 313.961.6141 | | | | Undetermined |
| **TOTAL DELUXE CLAIMS** | | | | Applications for Administrative Expense are not specific - Debtors estimate alleged administrative claims will be asserted in the amount of at least $16,000,000 face value. Lenders have asserted claims of $40,000,000. |