# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In Re:<br>NM HOLDINGS COMPANY, LLC<br>f/k/a VENTURE HOLDINGS CO. LLC<br><br>Debtor(s) | **Case No.** 03-48939<br>**Chapter** 07 Asset Case<br>**Judge** THOMAS J. TUCKER<br><br>**Trustee** STUART A. GOLD |
|---|---|

## INITIAL REPORT/ANNUAL TRUSTEE'S REPORT

1. For the period ending 03/31/06.

2. Date of section 341(a) meeting: 02/16/06
   Date appointment accepted: 01/17/06

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record - Form 2)

   | | | | |
   |---|---|---|---|
   | Total receipts | 3,721,146.31 | Checking | 693.00 |
   | Total disbursements | 4,307.00 | Money Market | 3,716,146.31 |
   | | | Investment | 0.00 |
   | | | **Total** | **$3,716,839.31** |

   The amount of the Trustee's bond is: Blanket Bond $2,000,000.00
   which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated:                          **$8,371.42**
   (from Individual Estate Property Record - Form 1, total of column 6)

   Assets for which insurance coverage has been obtained: **(None)**

5. Projected total value to be realized (total of 3 + 4):                   **$3,725,210.73**

6. Major activities during the reporting period not reflected in the
   Individual Estate Property Record and Form 2:

   Next Activity:   ASSETS LISTED ON SCHEDULES LIQUIDATING DURING THE CHAPTER
                    11 -- PURSUE PENDING LITIGATION

7. Projected date of final report:  02/01/10

   Trustee's Signature:  /s/ STUART A. GOLD

   STUART A. GOLD
   24901 NORTHWESTERN HIGHWAY
   SUITE 444
   SOUTHFIELD, MI 48075
   Date: 04/21/06    (248) 350-8220

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 03-48939 TJT  
Case Name: NM HOLDINGS COMPANY, LLC  

Trustee: (420360) STUART A. GOLD  
Filed (f) or Converted (c): 01/17/06 (c)  
§341(a) Meeting Date: 02/16/06  

Period Ending: 03/31/06  

Claims Bar Date: 05/17/06

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | PORTLAND INDIANA PROPERTY | Unknown | Unknown | | 0.00 | Unknown |
| 2 | AMERIGAS PROPANE PREFERENCE (u) | 6,666.67 | 6,666.67 | | 6,666.67 | FA |
| 3 | BOC GASES PREFERENCE (u) | 2,333.33 | 2,333.33 | | 2,333.33 | FA |
| 4 | DOMINION EAST OHIO PREFERENCE (u) | 1,666.67 | 1,666.67 | | 1,666.67 | FA |
| 5 | GENESEE PACKAGING, INC. PREFERENCE (u) | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 6 | SPRINT PREFERENCE (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 7 | UNITED PARCEL SERVICE PREFERENCE (u) | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 8 | RED SPONT PREFERENCE SETTLEMENT (u) | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 9 | BAYER MATERIAL SCIENCE PREFERENCE SETTLEMENT (u) | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 10 | INSURANCE REFUND (u) | 8,371.42 | 8,371.42 | | 0.00 | 8,371.42 |
| 11 | DELUXE/WINGET RECEIVABLES (u) | Unknown | Unknown | | 0.00 | Unknown |
| 12 | DELUXE ADMINISTRATIVE EXPENSE CLAIM (u) | Unknown | Unknown | | 0.00 | Unknown |
| 13 | PEGUFORM UK DISTRIBUTION (u) | Unknown | Unknown | | 0.00 | Unknown |
| 14 | VALEO SETTLEMENT (u) | Unknown | Unknown | | 3,384,822.84 | Unknown |
| 15 | WINGET CAUSES OF ACTION (u) | Unknown | Unknown | | 0.00 | Unknown |
| 16 | PREFERENCE LITIGATION (u) | Unknown | Unknown | | 293,398.89 | Unknown |
| Int | INTEREST (u) | Unknown | N/A | | 6,257.91 | Unknown |
| 17 | Assets Totals (Excluding unknown values) | $45,038.09 | $45,038.09 | | $3,721,146.31 | $8,371.42 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 03-48939 TJT  Trustee: (420360)  STUART A. GOLD
Case Name: NM HOLDINGS COMPANY, LLC  Filed (f) or Converted (c): 01/17/06 (c)
§341(a) Meeting Date: 02/16/06
Period Ending: 03/31/06  Claims Bar Date: 05/17/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Major Activities Affecting Case Closing:

   ASSETS LISTED ON SCHEDULES LIQUIDATING DURING THE CHAPTER 11 -- PURSUE PENDING LITIGATION

Initial Projected Date Of Final Report (TFR):    February 1, 2009    Current Projected Date Of Final Report (TFR):    February 1, 2010

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 03-48939 TJT | | Trustee: | STUART A. GOLD (420360) |
|---|---|---|---|---|
| Case Name: | NM HOLDINGS COMPANY, LLC | | Bank Name: | FIDELITY BANK |
| | | | Account: | ******** - Checking - Liq. of Coll |
| Taxpayer ID #: | 38-3470015 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 03/31/06 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 03-48939 TJT  
Case Name: NM HOLDINGS COMPANY, LLC  

Taxpayer ID #: 38-3470015  
Period Ending: 03/31/06  

Trustee: STUART A. GOLD (420360)  
Bank Name: FIDELITY BANK  
Account: ******** - Checking - Preference Lit  
Blanket Bond: $2,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/06 |  | From Account #******** | TRANSFER FUNDS | 9999-000 | T  5,000.00 |  | 5,000.00 |
| 03/30/06 | 101 | MYERS REESE SMITH & CHESTER | SUPPLEMENTAL BOND | 2300-000 |  | 4,307.00 | 693.00 |
|  |  |  | ACCOUNT TOTALS |  | 5,000.00 | 4,307.00 | $693.00 |
|  |  |  | Less: Bank Transfers |  | 5,000.00 | 0.00 |  |
|  |  |  | Subtotal |  | 0.00 | 4,307.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | NET Receipts / Disbursements |  | $0.00 | $4,307.00 |  |

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case Number: | 03-48939 TJT | Trustee: | STUART A. GOLD (420360) | |
| Case Name: | NM HOLDINGS COMPANY, LLC | Bank Name: | FIDELITY BANK | |
| | | Account: | ******** - Checking-Litigation Loan | |
| Taxpayer ID #: | 38-3470015 | Blanket Bond: | $2,000,000.00   (per case limit) | |
| Period Ending: | 03/31/06 | Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

Case Number: 03-48939 TJT  
Case Name: NM HOLDINGS COMPANY, LLC

Taxpayer ID #: 38-3470015  
Period Ending: 03/31/06

Trustee: STUART A. GOLD (420360)  
Bank Name: FIDELITY BANK  
Account: ******** - MMA - Liq of Collateral  
Blanket Bond: $2,000,000.00 (per case limit)  
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/13/06 | {14} | NM HOLDINGS CO. LLC | TURNOVER OF FUNDS FROM OCEAN RIDGE CAPITAL ADVISORS, LLC | 1249-000 | 2,405.82 | | 2,405.82 |
| 03/13/06 | {14} | NM HOLDINGS CO LLC | TURNOVER OF FUNDS FROM OCEAN RIDGE CAPITAL ADVISORS, LLC | 1249-000 | 394.30 | | 2,800.12 |
| 03/30/06 | {14} | NM HOLDINGS CO. LLC | TURNOVER OF FUNDS FROM OCEAN RIDGE CAPITAL ADVISORS, LLC | 1249-000 | 3,382,022.72 | | 3,384,822.84 |
| 03/31/06 | Int | FIDELITY BANK | Interest Earned | 1270-000 | 5,725.45 | | 3,390,548.29 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 3,390,548.29 | 0.00 | $3,390,548.29 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 3,390,548.29 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $3,390,548.29 | $0.00 | |

{} Asset reference(s)

03-48939-tjt    Doc 3909    Filed 04/24/06    Entered 04/24/06 11:36:46    Page 7 of 9

Printed: 04/19/2006 04:04 PM    V.8.02

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

Case Number: 03-48939 TJT  
Case Name: NM HOLDINGS COMPANY, LLC  

Taxpayer ID #: 38-3470015  
Period Ending: 03/31/06  

Trustee: STUART A. GOLD (420360)  
Bank Name: FIDELITY BANK  
Account: ******** - MMA - Preference Lit.  
Blanket Bond: $2,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/06 | | STEVENSON & BULLOCK, PLC | PREFERENCE SETTLEMENTS P/O 02/08/06 | | 13,666.67 | | 13,666.67 |
| | {2} | | PREFERENCE SETTLEMENT P/O 2/08/06    6,666.67 | 1241-000 | M | | 13,666.67 |
| | {3} | | PREFERENCE SETTLEMENT P/O 2/8/6    2,333.33 | 1241-000 | M | | 13,666.67 |
| | {4} | | PREFERENCE SETTLEMENT P/O 2/8/6    1,666.67 | 1241-000 | M | | 13,666.67 |
| | {5} | | PREFERENCE SETTLEMENT P/O 2/8/6    3,000.00 | 1241-000 | M | | 13,666.67 |
| 03/01/06 | | SPRINT NEXTEL | PREFERENCE SETTLEMENT P/O 02/08/09 | | 6,000.00 | | 19,666.67 |
| | {6} | | PREFERENCE SETTLEMENT P/O 2/8/6    4,000.00 | 1241-000 | M | | 19,666.67 |
| | {7} | | PREFERENCE SETTLEMENT P/O 2/8/6    2,000.00 | 1241-000 | M | | 19,666.67 |
| 03/13/06 | {16} | NM HOLDINGS CO. LLC | TURNOVER OF FUNDS FROM OCEAN RIDGE CAPITAL ADVISORS, LLC | 1241-000 | 238,250.44 | | 257,917.11 |
| 03/13/06 | {16} | NM HOLDINGS CO. LLC | TURNOVER OF FUNDS FROM OCEAN RIDGE CAPITAL ADVISORS, LLC | 1241-000 | 37,537.19 | | 295,454.30 |
| 03/13/06 | {16} | NM HOLDINGS CO. LLC | TURNOVER OF FUNDS FROM OCEAN RIDGE CAPITAL ADVISORS, LLC | 1241-000 | 3.73 | | 295,458.03 |
| 03/16/06 | {16} | NM HOLDINGS CO., LLC | TURNOVER OF FUNDS FROM OCEAN RIDGE CAPITAL ADVISORS, LLC | 1241-000 | 17,607.53 | | 313,065.56 |
| 03/30/06 | {8} | RED SPOT PAINT & VARNISH CO. | PREFERENCE SETTLEMENT P/O _____ | 1241-000 | 2,000.00 | | 315,065.56 |
| 03/30/06 | {9} | BAYER MATERIAL SCIENCE | PREFERENCE SETTLEMENT P/O _____ | 1241-000 | 15,000.00 | | 330,065.56 |
| 03/30/06 | | To Account #******** | TRANSFER FUNDS | 9999-000 | | T    5,000.00 | 325,065.56 |
| 03/31/06 | Int | FIDELITY BANK | Interest Earned | 1270-000 | 532.46 | | 325,598.02 |

ACCOUNT TOTALS  330,598.02  5,000.00  $325,598.02  
Less: Bank Transfers  0.00  5,000.00  
Subtotal  330,598.02  0.00  
Less: Payments to Debtors  0.00  
NET Receipts / Disbursements  $330,598.02  $0.00

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 03-48939 TJT
Case Name: NM HOLDINGS COMPANY, LLC

Taxpayer ID #: 38-3470015
Period Ending: 03/31/06

Trustee: STUART A. GOLD (420360)
Bank Name: FIDELITY BANK
Account: ******** - MMA - Litigation Loan
Blanket Bond: $2,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Net Receipts : 3,721,146.31
―――――――
Net Estate : $3,721,146.31

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******** | 0.00 | 0.00 | 0.00 |
| | $3,721,146.31 | $4,307.00 | $3,716,839.31 |

{} Asset reference(s)
03-48939-tjt    Doc 3909    Filed 04/24/06    Entered 04/24/06 11:36:46    Page 9 of 9
Printed: 04/19/2006 04:04 PM    V.8.02